**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS A. ARROYO, | ) NO. CV 20-6135-E |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN GEORGE JAIME, | ) |
| Respondent. | ) |

Pursuant to the "Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 24, 2020.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE